```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION

KENNETH GANDY, #94933                                PLAINTIFF

VERSUS                        CIVIL ACTION NO.  4:05cv079TSL-AGN

LAWRENCE ROY GREER, W. BOOKER,
UNKNOWN ETHER,
and COMMISSIONER OF RECLASSIFICATION                DEFENDANTS
```

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  5th   day of January, 2006.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE